**Robinson+Cole**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

**MEMO ENDORSED**

November 22, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

(*Via ECF*)
Hon. Valerie Caproni
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Suzanne Lucas v. Hartford Life and Accident Insurance Company*
      Case No.: 1:24-cv-7561(VEC)

Dear Judge Caproni:

    This office represents the Defendant Hartford Life and Accident Insurance Company ("Defendant") in the above-referenced matter. We write pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Initial Pretrial Conference scheduled for December 13, 2024. (Doc. No. 7). The Defendant requests the adjournment because its deadline to respond to the Complaint is also on December 13, 2024 and Defendant would prefer to adjourn the conference to a date after it has responded to the Complaint. Counsel for the parties conferred and propose the following dates for the Initial Pretrial Conference: December 26th or 30th. This is Defendant's first request for an adjournment of the Initial Pretrial Conference in this matter and Plaintiff consents to the requested adjournment.

    I appreciate your attention to this matter.

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Application DENIED.  There is no reason that the initial pretrial conference cannot proceed on the same day that the response to the complaint is due.

SO ORDERED.

*Valerie Caproni*   11/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE