**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Suzanne Lucas,

            Plaintiff,

- against -

Hartford Life and Accident Insurance Company,

            Defendant.

Civil Action No. 24-cv-7561 (VEC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that based upon the pleadings, accompanying Memoranda of Law and Declaration, 56.1 Statement, and all papers filed herein, the plaintiff, Suzanne Lucas, will move before the Honorable Valerie E. Caproni, U.S. District Court Judge, on a date and time to be determined by the court, at the U.S. Courthouse located at 500 Pearl Street, New York, NY 10007, for an order pursuant to Fed.R.Civ.P. 56(a), to dismiss the thirteenth affirmative defense that the defendant, Hartford Life and Accident Insurance Company, alleged in its Answer to Ms. Lucas' Complaint; and for such other relief as the Court deems just and proper.

Dated: Melville, NY
         March 17, 2025

                                          RESPECTFULLY SUBMITTED,
                                          LAW OFFICES OF JEFFREY DELOTT
                                          Attorneys for Plaintiff

                              By:  *Jeffrey Delott*
                                          Jeffrey Delott, Esq.
                                          445 Broadhollow Road, Suite 25
                                          Melville, NY 11747
                                          (888) 572-0861

Application DENIED WITHOUT PREJUDICE.  The parties have elected not to try this case before a jury.  *See* Civil Case Management Plan and Scheduling Order, Dkt. 16, ¶ 7.  Pursuant to Rule 4(G)(i) of the Undersigned's Individual Practices in Civil Cases, absent good cause, the Court generally will not consider summary judgment motions in non-jury cases.  If a party wishes to move for summary judgment in a non-jury case, that party must raise the issue in the parties' joint letter submitted before the status conference following the close of fact discovery.

SO ORDERED.

*[signature]*   3/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE