UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SUZANNE LUCAS,                                    :
                                                  :
                                                  :
                        Plaintiff,                :
                                                  :        24-CV-7561 (VEC)
            -against-                             :
                                                  :               ORDER
HARTFORD LIFE AND ACCIDENT                        :
INSURANCE COMPANY,                                :
                                                  :
                                                  :
                        Defendant.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2025, Defendant filed a letter motion for leave to file a motion for summary judgment and to stay the case (Dkt. 30), to which Plaintiff responded (Dkt. 31); and

WHEREAS on March 18, 2025, Plaintiff filed a motion for an order that the administrative record be closed on October 4, 2024 (Dkt. 32).

IT IS HEREBY ORDERED that the parties must appear for a conference to discuss the requests contained in Defendant's March 18, 2025, letter (Dkt. 30) on **Friday, March 28, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Plaintiff's March 18, 2025, motion (Dkt. 32) is DENIED WITHOUT PREJUDICE. Although this motion is (inexplicably) not labeled a motion for partial summary judgment, it is, by Plaintiff's own description, a request for the Court to resolve summarily a dispute that is material to the ultimate disposition of this case. *See* Pl. Mem., Dkt. 33, at 1 ("Before summary judgment on the merits of Ms. Lucas' case can be decided, the Court must determine what evidence should be part of the AR."). Accordingly,

2

Plaintiff's counsel is admonished — for the second time in as many days — that Rule 4(G)(i) of the Undersigned's Individual Practices in Civil Cases requires parties to seek leave from the Court before filing a motion for summary judgment in a non-jury case. The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 32.

**SO ORDERED.**

Date: **March 19, 2025**
      **New York, New York**

_____
      **VALERIE CAPRONI**
**United States District Judge**