# Robinson+Cole

MICHAEL H. BERNSTEIN

666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania, New Jersey and
Utah

**MEMO ENDORSED**

*Via ECF*

March 20, 2025

Hon. Valerie Caproni
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025

Re:    *Suzanne Lucas v. Hartford Life and Accident Insurance Company*
       Case No.: 1:24-cv-7561(VEC)

Dear Judge Caproni:

This firm represents Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. I respectfully submit this letter to request that the in-person conference ordered to be held on March 28, 2024 at 10 AM be rescheduled due to a scheduling conflict I have with a hearing in another matter. Specifically, I am already scheduled to appear virtually for a motion hearing on March 28, 2024 at 10:30 AM before Judge Barlow in the U.S. District Court for the District of Utah (see *J., et al. v. United Healthcare*, case number 2:22-cv-00092-DBB). I have discussed this conflict with Plaintiff's counsel Jeffrey Delott, who consents to the rescheduling on this conference. Both parties are available for a conference at 10 AM on March 27, 2024 or at any other time that day that is convenient for the Court. Similarly, both parties are available on March 31, 2024 at 10 AM or any other time that day that is convenient for the Court.

I appreciate your attention to this matter.

Respectfully submitted,

Michael H. Bernstein

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | **rc.com**

Robinson & Cole LLP

The March 28, 2025, conference is RESCHEDULED to **Thursday, March 27, 2025, at 11:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

3/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE