

**MEMO ENDORSED**

March 25, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2025

<u>Via ECF</u>
Hon. Valerie Caproni
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Lucas v. Hartford Life and Accident Insurance Company
               Docket No.: 1:24-cv-7561(VEC)

Dear Judge Caproni:

    I am co-counsel with Mr. Delott and represent Ms. Lucas in the above-referenced matter. I am presently scheduled to appear before Your Honor on Thursday, March 27, 2025, for a conference.

    I write to request an adjournment of the court conference. I make this request because I am presently at home with the flu and will not be able to appear on Thursday. I have consulted with Mr. Bernstein, and he consents to this request. We are both available on April 3, 2025, or any other day that is convenient for the Court. However, Mr. Bernstein advised me that he has oral argument before the Second Department on April 4th and is, therefore, not available that day.

    Thank you for your consideration of this request.

                          Respectfully submitted,
                          **THE DEHAAN LAW FIRM P.C.**
            By:   /s/ John W. DeHaan
                          John W. DeHaan, Esq.
                          jdehaan@dehaan-law.com

cc:    Michael Bernstein (Via ECF)

---

Application GRANTED. The conference is ADJOURNED to **Thursday, April 3, 2025, at 10:45 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*  3/26/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE