UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SUZANNE LUCAS,

Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

-------------------------------------------------------------- X

24-CV-7561 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 14, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that, not later than **Friday, July 17, 2026**, the parties must meet and confer and thereafter provide the Court with three mutually agreed-upon dates before the end of this year on which to conduct a bench trial in this matter. The Court reminds the parties that it is unavailable from mid-August through the end of September. The parties are directed to review the Undersigned's Individual Practices in Civil Cases and to propose trial dates that are realistic in light of the need to prepare the joint pre-trial order.

**SO ORDERED.**

**Date: July 14, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**