UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SUZANNE LUCAS,<br><br>Plaintiff,<br><br>-against-<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | : | 24-CV-7561 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this matter is scheduled to begin on **Monday, November 16, 2026**; and

WHEREAS a conflict has arisen on the Court's calendar.

IT IS HEREBY ORDERED that, not later than **Monday, August 24, 2026**, the Parties must meet and confer and thereafter provide the Court with three mutually agreed-upon Mondays (or Tuesday if Monday is a holiday) beginning in January 2027 to begin trial in this matter. The Parties are advised that the Court is unavailable for trial the week of January 25, 2027.

**SO ORDERED.**

**Date: August 18, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**